AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case No. 23-mj-154 |
| Douglas Harrington | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DOB: XXXXXX | ) Date Assigned: 7/5/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. 231(a)(3) - To commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function;

18 U.S.C. § 111(a)(1) and (b) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal officer while they are engaged in their official duties where such acts involve physical contact with the victim of that assault or the intent to commit another felony, and separately provides for enhanced penalties when a dangerous instrument is used and bodily injury is suffered;

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;

18 U.S.C. § 1752(a)(4) - Knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so;

18 U.S.C. § 1512(c)(2)- To corruptly obstruct, influence, or impede any official proceeding, or attempt to do so.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*William Whitfield*

Complainant's signature

William Whitfield , Special Agent

Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/05/2023

Judge's signature

City and state:   Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge

Printed name and title