AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-mj-154 |
| Douglas Harrington | ) | Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) | Date Assigned: 7/5/2023 |
| | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Douglas Harrington,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a)(3) - To commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function;
18 U.S.C. § 111(a)(1) and (b) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal officer while they are engaged in their official duties where such acts involve physical contact with the victim of that assault or the intent to commit another felony, and separately provides for enhanced penalties when a dangerous instrument is used and bodily injury is suffered;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.
18 U.S.C. § 1512(c)(2)- To corruptly obstruct, influence, or impede any official proceeding, or attempt to do so.

Date: 07/05/2023

*Issuing officer's signature*
Zia M. Faruqui
2023.07.05 21:14:53 -04'00'

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/05/2023, and the person was arrested on *(date)* 08/08/2023
at *(city and state)* Oakdale, California.

Date: 08/08/2023

*Arresting officer's signature*

Lesline S. Wimbley, FBI Special Agent
*Printed name and title*